**CARUSO GLYNN, LLC**
Attorney for Plaintiff
*Lawrence C. Glynn*
36 Peck Slip
New York, New York 10038
(718) 570-3338
Attorney: Lawrence C. Glynn (LG-6431)
CG File No.:  88.071108.01

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LAWRENCE C. GLYNN,

               Plaintiff,

  -against-

CALPINE CORP.,

               Defendant.
-----------------------------------------------------------x

Case No.:  11 Civ. 3237 (SAS)

**NOTICE OF DISMISSAL**

      PLEASE TAKE NOTICE that the above captioned matter is hereby dismissed pursuant to Fed. R. Civ. P. Rule 41(a)(1).

Dated: New York, New York
       June 23, 2011

                             Yours, etc.,

                             **CARUSO GLYNN, LLC**
                             Attorneys for Plaintiff
                             *Lawrence C. Glynn*

                             By: _____
                             Lawrence C. Glynn
                             36 Peck Slip
                             New York, New York 10038
                             (718) 570-3338
                             File No.:   88.071108.01